# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEES GEORGE DANAIAN,<br><br>           Plaintiff,<br><br>       v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 2:18-cv-5261-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.


Date: November 13, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE